**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7063**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARD GIBSON, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-
94-454-PJM)

_____

Submitted:  September 10, 2003      Decided:  November 17, 2003

_____

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bernard Gibson, Jr., Appellant Pro Se.  Stuart A. Berman, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Gibson, Jr., appeals the district court's order denying his motion filed under 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2003). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Gibson, No. CR-94-454-PJM (D. Md. filed July 1, 2003; entered July 4, 2003). We deny as unnecessary Gibson's motion for general relief, in which he sought a certificate of appealability, because Gibson's appeal is not from "the final order in a proceeding under [28 U.S.C.] section 2255." 28 U.S.C. § 2253(c)(1)(B) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED